UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARILYN WELLS,

    Plaintiff,

                                                Case No. 12-CV-10985-DT

v.

                                                HONORABLE DENISE PAGE HOOD

AETNA LIFE INSURANCE COMPANY,

    Defendant.

_____/

## JUDGMENT

This action having come before the Court and the Court having issued an order dismissing the case this date,

Accordingly,

Judgment is entered in favor of Defendant and against Plaintiff.

                                                                DAVID J. WEAVER
                                                                CLERK OF COURT

Approved:                                              By: s/LaShawn R. Saulsberry
                                                                   Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: February 26, 2013
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 26, 2013, by electronic and/or ordinary mail.

                                            S/LaShawn R. Saulsberry
                                            Case Manager